UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22922-CIV-MCALILEY
(CONSENT CASE)

FEDERAL TRADE COMMISSION,

    Plaintiffs,

v.

CLEAN CREDIT REPORT SERVICES,
INC., et al.

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATED FINAL JUDGMENT

Pending before the Court is a Joint Motion for Approval of Stipulated Final Judgment and Order for Permanent Injunction. [DE 102]. The Court has reviewed the motion, and the record in this action and, based on the foregoing, the Court ORDERS that:

Joint Motion for Approval of Stipulated Final Judgment and Order for Permanent Injunction [DE 102] is **GRANTED**. The Court will issue a separate final judgment. This case is CLOSED and all pending motions are DENIED AS MOOT.

DONE and ORDERED in chambers in Miami, Florida this 23rd day of July, 2010.

CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
Counsel of record